IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

GOR GEVORKYAN, POONAM GUPTA, and ERIC MOLINA, on behalf of themselves and all other similarly situated individuals,

Plaintiffs,

v.

LEDGER SAS and LEDGER TECHNOLOGIES, INC.,

Defendants.

Case No. 3:24-cv-00128-CRB

**[~~PROPOSED~~] ORDER**

The Court has considered the Joint Motion to Transfer Venue Under 28 U.S.C. § 1404(a) ("Motion") jointly filed by the parties in the above-captioned matter. For the reasons stated in the Motion, the Motion is GRANTED. The Clerk is DIRECTED to transfer the above-captioned case to the U.S. District Court for the Northern District of Illinois.

Dated:  March 1, 2024

By: _____
CHARLES R. BREYER
US District Judge